UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80961-CIV-MIDDLEBROOKS/BRANNON

EDIT GONCZI,

    Plaintiff,

v.

HOLLYWOOD BEACH, LLC

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediation was held on December 17, 2020, with all parties and their counsel present via video conference.  A settlement was reached.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887


BY:   /s/ Marlene Quintana
      Marlene Quintana, Mediator
      Florida Bar No.: 88358
      marlene.quintana@gray-robinson.com

#43060156 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

BY:  /s/ Marlene Quintana
     Marlene Quintana, Mediator

#43060156 v1