UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-80961-DMM

EDIT GONCZI,

    Plaintiff,

vs.

HOLLYWOOD BEACH, LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, EDIT GONCZI, and Defendant, HOLLYWOOD BEACH, LLC, having amicably resolved all matters in controversy between them, jointly stipulate to a Dismissal with Prejudice, with each party to bear their own attorneys' fees and costs, and request the Court enter the attached Order of Dismissal. The Parties request this Court retain jurisdiction for ten days to enforce the terms of the Parties' settlement agreement.

Dated: December 29, 2020

| | |
|---|---|
| /s/ *James A. Peterson* | /s/ *Catherine H. Molloy* |
| James A. Peterson, Esq. | Catherine H. Molloy |
| Fla. Bar No. 645621 | Florida Bar No. 33500 |
| E-Mail: James@floridawagelaw.com | West A. Holden |
| **ROBERT S. NORELL, P.A.** | Florida Bar No. 0113569 |
| 300 N.W. 70th Avenue | **GREENBERG TRAURIG, P.A.** |
| Suite 305 | 101 E. Kennedy Boulevard Ste. 1900 |
| Plantation, FL 33317 | Tampa, Florida  33602 |
| Tel.: (954) 617-6017 | (813) 318-5700 – Telephone |
| Fax: (954) 617-6018 | (813) 318-5900 – Facsimile |
| *Attorney for Plaintiff* | Email: molloyk@gtlaw.com |
| | Email: holdenw@gtlaw.com |
| | *Attorneys for Defendant* |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served in the manner indicated below on December 29, 2020 on all counsel or parties of record appearing on the Service List below.

By:  */s/James A. Peterson*
James A. Peterson

## Service List

CASE NO.: 20-cv-80961-DMM

| | |
|---|---|
| James A. Peterson, Esq.<br>E-Mail: James@floridawagelaw.com<br>Robert S. Norell, Esq.<br>E-Mail: Rob@floridawagelaw.com<br>**ROBERT S. NORELL, P.A.**<br>300 N.W. 70th Avenue<br>Suite 305<br>Plantation, Florida 33317<br>Telephone: (954) 617-6017<br>Facsimile: (954) 617-6018<br>*Counsel for Plaintiff* | Catherine H. Molloy<br>E-Mail: molloyk@gtlaw.com<br>West A. Holden<br>E-Mail: holdenw@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>101 E. Kennedy Boulevard<br>Suite 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900<br>*Counsel for Defendant*<br>Method of Service: CM/ECF |